```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MARK AVEIS (107881)
 4 │ Assistant United States Attorney
   │      1200 United States Courthouse
 5 │      312 North Spring Street
   │      Los Angeles, California 90012
 6 │      Telephone: (213) 894-4477
   │      Facsimile: (213) 894-3713
 7 │
   │ Attorneys for Plaintiff
 8 │ United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-224-UA |
|---|---|---|
| Plaintiff, | ) | [~~proposed~~] ORDER ON GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT AND CORRESPONDING PARTIAL REPORT AND MOTION FOR ISSUANCE OF AN ARREST WARRANT |
| v. | ) | |
| JAMES MICHAEL FAYED, et al., | ) | |
| Defendants. | ) | [No hearing set] |

Based upon the government's motion for an order that the indictment and corresponding partial report in this case be unsealed, and that an arrest warrant be issued on the indictment, and good cause appearing,

IT IS HEREBY ORDERED that the subject indictment shall be unsealed and that an arrest warrant shall be issued for James Michael Fayed and Goldfinger Coin & Bullion, Inc.

*Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
U.S. Magistrate Judge