THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Calif. Bar No. 107881)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4477
    Facsimile: (213) 894-8601

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-224-UA |
| Plaintiff, | ) | |
| v. | ) | [proposed] FINDINGS OF FACT, STATEMENT OF REASONS, AND ORDER FOR DETENTION FOLLOWING HEARING ON GOVERNMENT'S APPLICATION TO CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S ORDER |
| JAMES FAYED, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, hereby gives notice that a [proposed] FINDINGS OF FACT, STATEMENT OF REASONS, AND ORDER FOR DETENTION FOLLOWING HEARING ON GOVERNMENT'S APPLICATION TO CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S ORDER was lodged today with this court.

Dated: August 13, 2008    Respectfully submitted

                          THOMAS P. O'BRIEN
                          United States Attorney

                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division


                              /s/
                          _____
                          MARK AVEIS
                          Assistant United States Attorney
                          Attorneys for Plaintiff
                          United States of America

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
 1200 United States Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-4477
 Facsimile: (213) 894-8601
 Email: mark.aveis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-224-UA |
| Plaintiff, | [proposed] FINDINGS OF FACT, STATEMENT OF REASONS, AND ORDER FOR DETENTION FOLLOWING HEARING ON GOVERNMENT'S APPLICATION TO CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S ORDER |
| v. | |
| JAMES FAYED, | |
| Defendant. | Date: August 6, 2008<br>Time: 3:30 p.m. |

    The matter of the United States' application for review of the August 4, 2008, order of release upon conditions issued by the Hon. Ralph Zarefsky came before the Court, the Hon. Otis D. Wright, II, U.S. District Judge, upon assignment as the Criminal Duty District Judge, on August 6, 2008 at 3:00 p.m.  The government appeared through Assistant U.S. Attorney Mark Aveis. Defendant was present and in custody, and appeared through his counsel of record, Mark Werksman.

    The Court read and considered the parties' filings as reflected in the record.  Defendant accepted the government's proffer based upon the indictment filed on or about February 26,

2008; the Pretrial Services Report prepared on August 4, 2008; and the facts proffered in the government's Memorandum of Points and Authorities filed on August 5, 2008, except for the proffer that "[o]n or about June 24, 2008, Pamela's then defense counsel advised the government that Pamela wanted to cooperate in its investigation." Government's Memorandum of Points and Authorities, 5:6-8. Defense counsel examined under oath FBI Special Agent Timothy Swec who attested to the latter; defense counsel did not examine Special Agent Swec as to any other facts in the government's August 5, 2008 Memorandum of Points and Authorities.

Based upon the government's proffer, as described above and on the record, the arguments of counsel, and the Court file, the Court finds:

1) The government has presented a preponderance of evidence that defendant presents a grave risk of flight. Defendant's risk of flight exists whether or not defendant has been charged with complicity in the murder of Pamela Fayed, given his possible exposure to such charges and in light of defendant's assets and evidence of access to assets.

2) The government has presented clear and convincing evidence that defendant presents a danger to others. The brutal murder of Pamela Fayed, the acrimonious, ongoing marital dissolution proceeding in which defendant and the decedent were involved, the prospect that defendant was faced with paying substantial sums at a hearing scheduled for the day after Pamela

1  Fayed was murdered, and the involvement in her murder of a
2  vehicle rented using defendant's credit card, which credit card
3  was found in his wallet, supports the finding that defendant
4  presents a grave risk to others if he were not detained.
5      3)   No condition or combination of conditions can
6  reasonably assure the appearance of defendant and the safety of
7  any other person and the community.  In particular, the Court
8  finds that defendant's known assets, if all were pledged, are
9  insufficient to ensure that he will make future appearances in
10 the present case, and the Court is further concerned that
11 defendant may have access to additional assets that might serve
12 to allow his flight.
13     The Court therefore concludes and orders that, pursuant to
14 18 U.S.C. § 3142(i):
15     1)   Defendant be committed to the custody of the Attorney
16 General for confinement in a corrections facility separate, to
17 the extent practicable, from persons awaiting or serving
18 sentences or being held in custody pending appeal;
19     2)   Defendant be afforded reasonable opportunity for
20 private consultation with counsel; and
21     3)   On order of a court of the United States or on request
22 of an attorney for the Government, the person in charge of the
23 corrections facility in which defendant is confined shall deliver
24 defendant to the United States Marshal for the purpose of an
25 appearance in connection with a court proceeding.
26     The Court's order is without prejudice to defendant's
27
28                                 3

1  subsequent application for bail as otherwise permitted under
2  applicable law.
3  Dated: 8-13-08

_____
Otis D. Wright, II
U.S. District Judge

4

# Notices

2:08-cr-00224-UA USA v. Fayed et al

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Hobbs, Bonnie on 8/13/2008 at 11:56 AM PDT and filed on 8/13/2008

**Case Name:** USA v. Fayed et al
**Case Number:** 2:08-cr-224
**Filer:** USA
**Document Number:** 16

**Docket Text:**
NOTICE OF LODGING filed by Plaintiff USA as to Defendant James Michael Fayed (Attachments: # (1) Proposed Order Findings of Fact, Statement of Reasons, and Order for Detention Following Hearing on Government's Application to Criminal Duty Judge for Review of Magistrate's Judge's Order)(Hobbs, Bonnie)

**2:08-cr-224-1 Notice has been electronically mailed to:**

Mark J Werksman      mwerksman@werksmanlaw.com

Mark Aveis      USACAC.Criminal@usdoj.gov, mark.aveis@usdoj.gov

US Attorney's Office      USACAC.Criminal@usdoj.gov

**2:08-cr-224-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Yaguayo\ECF\CAC.LA.CR 08-224.20080813.MA.Notice of Lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2008] [FileNumber=6324825-0]
[07002c3a772c896c628006137253bea87f4e6d5085085ac7266aaea8a629188201ba
2677384490e87c5fb1480dcdf1989b4cbf16d57ff4312d3ac4261e831302]]
**Document description:** Proposed Order Findings of Fact, Statement of Reasons, and Order for Detention Following Hearing on Government's Application to Criminal Duty Judge for Review of Magistrate's Judge's Order
**Original filename:** N:\Yaguayo\ECF\CAC.LA.CR 04-224-20080813.MA.ORDER ON BAIL APPEAL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2008] [FileNumber=6324825-1]

[92a43ca731b12a72c9cc1b153c5d3cf95bde67ab0a9952179776cb6afbf72fffc24e
93116867b809be98153d935edd00fac1e30c2fe03e12267668a7f58a5df9]]