```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    MARK AVEIS (Cal. Bar No. 107881)
 4  EDWARD E. ALON (Cal. Bar No. 207287)
    Assistant United States Attorneys
 5  1200 United States Courthouse
    312 North Spring Street
 6  Los Angeles, California 90012
    Telephone: (213) 894-4477
 7  Facsimile: (213) 894-8601
    Email: mark.aveis@usdoj.gov
 8         edward.alon@usdoj.gov
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-3 AS TO DFT 1
JAMES M. FAYED ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-224-PSG |
|---|---|
| Plaintiff, | ) [proposed] ORDER ON MOTION TO DISMISS INDICTMENT |
| v. | ) [No hearing required] |
| JAMES MICHAEL FAYED, | ) |
| Defendant. | ) |

Based on the government's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the indictment in this case is hereby DISMISSED without prejudice against defendant JAMES MICHAEL FAYED only.

DATED: 9/15/08

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

Case No. CR 08-224 PSG    Case Title USA -vs- James Michael Fayed

Title of Document Order on Mtn to Dismiss Indictment

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | | US Attorneys Office - Criminal Division -L.A. |
| ✓ | BOP (Bureau of Prisons) | | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ✓ | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | ✓ | US Probation Office (USPO) |
| | Chief Deputy Ops | | | US Trustee's Office |
| | Clerk of Court | | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | | |
| | Dep In Chg E Div | | | |
| | Dep In Chg So Div | | | |
| | Federal Public Defender | | | |
| ✓ | Fiscal Section | | | |
| | Intake Section, Criminal LA | | | |
| | Intake Section, Criminal SA | | | |
| | Intake Supervisor, Civil | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| ✓ | PSA - Los Angeles (PSALA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |

**ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk wkh